Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

NATHANIEL J. BUCKLEY

    v.

U.S. DEPARTMENT OF JUSTICE

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-cv-319

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Motion 13 and Motion 19 are granted in favor of the Defendants.

Date: November 6, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Donna
    Deputy Clerk